UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL DALTON, ET AL
Plaintiff

V.

MARK G. MATUSCHAK, ET AL
Defendant

CIVIL ACTION

NO. 09-11101-JLT

## ORDER OF DISMISSAL

TAURO, D. J.

For failure of the plaintiff to file a return of service and/or show good cause why service has not been made, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

By the Court,

/s/ Zita Lovett

11/12/2009
Date

Zita Lovett,
Deputy Clerk